FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 28 2006 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------X
UNITED STATES OF AMERICA

    -against-           :       ORDER

DERRICK BROWN           :

    Defendant.       :       05 CR 49
----------------------------X

Upon the application of defendant's counsel Michael Schneider, Esq. of the Federal Defender Division of the Legal Aid Society,

IT IS HEREBY ORDERED that:

Dr. Alexander S. Barday, board-certified psychologist, and his assistant, Katie Shnay, be permitted to enter the Metropolitan Detention Center in Brooklyn, New York ("MDC") on ~~June 22, 2006 at 9:30 A.M.~~, in order to conduct an evaluation of DERRICK BROWN, Register No. 63421-053, an inmate presently in custody at the MDC; and be permitted to reenter the MDC as many times as are necessary for him to complete his examination.

[handwritten annotation: at a time and date to be mutually agreed with the MDC]

DATED: June 7, 2006
       BROOKLYN, NY

                              s/Edward R. Korman
                              THE HONORABLE EDWARD R. KORMAN
                              Senior U.S. District Judge

# Federal Defenders
## OF NEW YORK, INC.

Eastern District
16 Court Street-3rd Floor, Brooklyn, NY 11241
Tel: (718) 330-1200 Fax: (718) 855-0760

---

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

June 8, 2006

The Honorable Edward R. Korman
Senior U.S. District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

RE:     **United States v. Derrick Brown, 05 CR 49**

Your Honor:

Our office would like Mr. Brown to undergo a comprehensive psychological evaluation. We respectfully request that Your Honor sign the attached Order, which would allow Dr. Alexander Sasha Barday and his assistant to enter the Metropolitan Detention Center in order to conduct this evaluation.

I appreciate the Court's consideration of this request.

Respectfully yours,

Michael Schneider, Esq.
Assistant Federal Defender
(718) 330-1200

cc:     Clerk of the Court